5/14

Dear Judge Drain,

This is Jerome G. Watson DOB 1/5/81. I don't have my case # with me at the time because I'm stuck here at the OKC Transfer Center due to this "Covid-19 Pandemic." I've been stuck here without any of my personal property for the past 2½ months. Anyhow Your Honor, I'm praying that this letter reaches you, your family, your courtroom staff as well as their families in the best of health, mentally, physically, emotionally and spiritually. Your Honor I'm reaching out to you because my family needs me back at home immediately, its been very hectic for them these past few months due to this "Covid-19 Pandemic."

Very briefly, Your Honor you sentenced me to 42 mos back in February, 18 mos for "Bank Fraud Conspiracy" (count #1) (3 yrs supervised release) and 24 mos for "Aggravated Identity Theft," (count #2) (1 yr supervised release). Although I feel that you sentenced me fairly according to my co'conspirators, unlike my co'conspirators since June 2015, "5 yrs ago"

i removed myself from the conspiracy as well as the co'conspirat[ors]
i sought "God", "Employment" and "Education" to be a better man
as well as a better provider for myself and my family. Up unti[l]
the arrest last year 3/22/19 "4yrs later" for these federal
indictments, i'd become a very productive, hard working, tax paying
law abiding citizen, i made the positive decision to rehabilitate
myself "before & after" these same charges were dismissed in a
Michigan State Court back in February 2017 "3yrs ago".
Your honor i feel as though my "Post Conduct" from
June 2015 "5yrs ago" was overlooked, even since i've been
incarcerated the past 14 mos i've been a very positive and
role model inmate, i've taken several christian courses and
i haven't received any ~~discip~~ disciplinary write ups. Your
Honor, through God i've also become a better partner and
soon to be husband to my Fiancee "Tandrell Ashley" and a
better father to my 7 kids "3 with Tandrell." Your Honor i['ve]
also maintained a very clean record in society, while

being very active in the community as a football coach, team dad "(when i was arrested on these federal indictments i was actually at a fun-raiser with my family, my son, his football team, parents & coaches)" a tutor, a mentor and positive role model to other struggling fathers around the community. However Judge Drain, up until my arrest i was enrolled at "Atlantic Tech Vocational," as an apprentice i maintained my education and i was on track to complete my 3rd year of a 4 year course, so that i could receive my "Master Plumber" license to start my own plumbing business in the near future. I also maintained my employment as a plumber at "Total Appliance" for 4yrs, my customers love me, my co-workers miss me, and my company needs me, my plumbing manager "Robert Polina" included a nice character witness letter along with many others at my sentencing, my PSI will further confirm

all of this information that I'm presenting to you. Your Honor, i don't know much about the law but when looking at the text of 18 U.S.C. Section 3142(g) requires the court to consider factors such as the nature and circumstances of the charged offense, the history and characteristic of the Defendant, and the nature of seriousness of the danger to a person or the community at large posed by the Defendants Release. Also your Honor, when looking at the text in Section 3553(a) requires a court to consider certain factors when imposing a sentence, including the nature and circumstances of the offense and history and characteristics of the Defendant, the need for the sentence, and the "variety of sentences available.

Judge Drain, again i feel that you sentenced me fairly and accordingly. However, due to this continued widespread of the "Covid-19 Pandemic" here at the OKC Transfer Center and throughout the Federal Bu

I'm reaching out to you, seeking your kindness to please consider releasing me on "Compassionate Release" or "Reducing my sentence." As of now, my projected release date is 3/14/22, 22mos away. I'm asking that you please resentence me to either of the following or whatever your heart feels fit:

1) Count #1 Time Served, 3yrs Supervised Release... Count #2 24mos Home Confinement, 1yr Supervised Release...

2) Count #1 18mos Home Confinement, 3yrs Supervised Release... Count #2 24mos Federal Prison, 1yr Supervised Release...

3) Count #1 6mos Federal Prison, 3yrs Supervised Release... Count #2 24mos Federal Prison, 1yr Supervised Release...

Your Honor, due to this "Covid-19 Pandemic" the BOP is experiencing significant levels of this infection at numerous facilities. The BOP has failed terribly to control the outbreak and several inmates have already died from this "Covid-19 Pandemic." Due to the continued widespread of this disease, "Covid-19" creates an "Extraordinary and very compelling reason" with the potential for me to be considered for either "Compassionate Release" or "Sentence Reduction"... Your Honor, for the past 2mos we have been on 24hr lock-down, recently we've

been allowed to come out of our cells every other day, for only 25-3[0] minutes to clean/disinfect our cells, shower, and use either the phone or email system to check on our families. Before this lock down I saw on the bulletin board that "Butner FCI Medium", which is the facility the BOP designated me to, led all other BOP facilities with the most "Covid-19" cases and 2nd most cases of deaths. Then I believe "Butner FCI Medium" had 51 inmates, 17 staff test positive for "Covid-19" and 5 inmate deaths caused from "Covid-19." I'm not sure what the numbers are now, but last week I read in an email that throughout the BOP, the widespread of this "Covid-19" had grown to 2,100 inmates, 365 staff testing positive, and 42 inmat[es] have already died. Your Honor this is very horrifying, especially being that I have a childhood history of asthma. My mother "Clara Watson" can confirm that me and my siblings have a childhood history of asthma that we assumed we'd out-grown, up until a couple months ago. On my mothers 56th birthday 3/26/20[20] they found her son/my brother "Jerrod Watson" dead at age 36

He'd contracted the coronavirus and suffered from asthma and kidney complications. Your Honor it broke my heart, but it hurted more not being able to attend my brothers funeral or be there to support my mother. It's been difficult for her mentally, physically and emotionally since my brothers death, and she really needs me at home. She's also afraid of something happening to me with this widespread of the coronavirus throughout the BOP. Your Honor, Tandrell and the kids need me at home as well, they miss me and they're afraid of something happening to me too. It's been a mental, physical, emotional and financial struggle for Tandrell the past 14 mos I've been incarcerated, but due to this "Covid-19 Pandemic" the past 2½ mos have been very hectic for her. Especially with the kids being out of school and her having to work long hours as a 911 operator/dispatcher for the "Broward County Sheriffs Office." She's been employed with them for over 15 yrs now. Lately though she has been working 12-16 hour shifts 4-5, sometimes

6 days a week. Your Honor we have an 11yr old son, 10yr old daughter and a 18yr old "Special Needs" son at home that needs 24 hr supervision. He's had "Brain Surgery", "Open Heart Surgery", and he has "Seizures" often. Unlike normal children, he "can not" feed himself, bathe himself, clothe himself nor go to the bathroom by himself. He can't walk or talk either your honor. It's been very difficult to rely on someone to watch the kids while Tandrell works long hours throughout the week due to this "Covid-19 Pandemic." Her & the kids need me at home, i pray everyday that God continues to protect them and keep them strong & healthy.

    Judge Drain, i apologize for taking up so much of your time, but i would like to thank you for finding the time to read my letter. i'm praying that God gives you the strength and the kindness at heart to look over my case, and encourages you to have some sympathy for me & my family. "They Need Me At Home." Your Honor i pray that God keeps you & your family strong, positive, happy and healthy... Thank you in Advance, James Watson

